## YOUNG v TOLEDO (city)

Ohio Appeals, 6th Dist, Lucas Co

Decided Feb 16, 1931

For full opinion see 178 NE 33; 39 Oh Ap 553 (Oh Bar 12-15-31).